**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (NV Bar No. 7332)
Email: MFeder@dickinsonwright.com
GABRIEL A. BLUMBER (NV Bar No. 12332)
Email:  GBlumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Telephone: (702) 550-4400
Fax:          (844) 670-6009

**ORRICK HERRINGTON & SUTCLIFFE LLP**
MICHELLE L. VISSER, (CA Bar No. 277509)
(*pro hac vice application to be submitted*)
Email: mvisser@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  (415) 773-5518
Fax:          (415) 773-5700

*Attorneys for Defendant Meta Platforms, Inc., d/b/a*
*Facebook and Instagram*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONDA BALDWIN-KENNEDY, an individual, RONDA KENNEDY FOR SENATE, a campaign committee, and RONDA KENNEDY FOR CONGRESS 2020, a campaign committee.<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, Inc., d/b/a/ FACEBOOK and INSTAGRAM, a corporation.  HOANG HAI MOBILE, a Vietnamese Company, Doe's 1-10.<br><br>Defendants. | Case No.: 2:23-cv-01753-APG-EJY<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR META PLATFORMS, INC. (1) TO RESPOND TO PLAINTIFFS' COMPLAINT AND (2) TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(FIRST REQUEST)** |

Defendant Meta Platforms, Inc. ("Meta"), by and through its attorneys at the law firms of Dickinson Wright PLLC and Orrick Herrington & Sutcliffe LLP, and Plaintiffs Ronda Baldwin-Kennedy, an individual, Ronda Kennedy for Senate, a campaign committee, and Ronda Kennedy for Congress 2020, a campaign committee (collectively "Plaintiffs"), in proper person, HEREBY

- 1-


DICKINSON WRIGHT
ATTORNEYS AT LAW

STIPULATE AND AGREE that Meta shall have up to and including **December 7, 2023** (a) to respond, move or otherwise plead to the Complaint [ECF 1] and (b) to file its opposition to the Plaintiffs' Motion for Preliminary Injunction ("PI Motion") [ECF 2].

This is the first stipulation by and between Plaintiffs and Meta to extend the time for Meta (a) to respond, move or otherwise plead to the Complaint and (b) to file its opposition to the PI Motion, and it is not being entered into for purposes of any delay, but rather to provide Meta additional time to review its records pertaining to the allegations in the Complaint and arguments contained in the PI Motion.

Dated: November 16th 2023.

**RONDA BALDWIN-KENNEDY**

/s Ronda Baldwin-Kennedy
Ronda Baldwin-Kennedy, an individual,
Ronda Kennedy for Senate, a campaign
committee, and Ronda Kennedy for
Congress 2020, a campaign committee
3301 Spring Mountain Road, Unit 16
Las Vegas, Nevada 89102
Telephone: (805) 358-9737

*Pro Per Plaintiff*

**DICKINSON WRIGHT PLLC**

/s Michael N. Feder
Michael N. Feder (NV Bar No. 7332)
Gabriel A. Blumberg (NV Bar No. 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Telephone:  (702) 550-4400

**ORRICK HERRINGTON & SUTCLIFFE LLP**

/s Michelle L. Visser
MICHELLE L. VISSER, (CA Bar No. 277509)
(*pro hac vice to be submitted*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  (415) 773-5518

*Attorneys for Defendant Meta Platforms, Inc.*

**IT IS SO ORDERED.**

<u>**ORDER**</u>

UNITED STATES MAGISTRATE JUDGE

DATED:         November 16th , 2023

CASE NO.: 2:23-cv-01753-APG-EJY

- 2-

