1  MICHELLE VISSER (SBN 277509)
   mvisser@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
3  San Francisco, CA 94105-2669
   Telephone:   +1 415 773 5700
4  Facsimile:   +1 415 773 5759

5  Attorney for Defendant
   Meta Platforms, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 RONDA BALDWIN-KENNEDY, an               Case No.: 23-cv-06615-HSG
   individual, RONDA KENNEDY FOR
13 SENATE, a campaign committee, and       **STIPULATION AND ORDER
   RONDA KENNEDY FOR CONGRESS              EXTENDING TIME FOR (1) META
14 2020, a campaign committee.             PLATFORMS, INC. TO FILE A
                                           MOTION TO DISMISS, (2) PLAINTIFFS
15                    Plaintiffs,          TO RESPOND TO META PLATFORMS,
                                           INC.'S MOTION TO DISMISS, AND (3)
16         v.                              META PLATFORMS, INC. TO FILE ITS
                                           REPLY IN SUPPORT OF ITS MOTION
17 META PLATFORMS, Inc., d/b/a             TO DISMISS  (as modified)**
   FACEBOOK and INSTAGRAM, a
18 corporation.  HOANG HAI MOBILE, a
   Vietnamese Company, Doe's 1-10.
19
                      Defendants.
20

21      WHEREAS, Plaintiffs Ronda Baldwin-Kennedy, an individual, Ronda Kennedy for

22 Senate, a campaign committee, and Ronda Kennedy for Congress 2020, a campaign committee

23 (collectively "Plaintiffs") filed a First Amended Complaint ("FAC") in this action on November

24 26, 2024;

25      WHEREAS, the FAC alleges claims arising out of Plaintiffs' use of the Facebook and

26 Instagram Services owned and operated by Defendant Meta Platforms, Inc. ("Meta"), including

27 breach of the Meta Terms of Service;

28
                                        1
   STIP. EXTENDING TIME FOR (1) META PLATFORMS, INC. TO FILE A MOTION TO DISMISS, (2) PLAINTIFFS
      TO RESPOND TO META PLATFORMS, INC.'S MOTION TO DISMISS, AND (3) META PLATFORMS, INC. TO
             FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS; ORDER

Meta, by and through its attorneys at the law firm Orrick, Herrington & Sutcliffe LLP, and Plaintiffs, in proper person, HEREBY STIPULATE AND AGREE that (1) Meta shall have up to and including December 20, 2024 to file a Motion to Dismiss the FAC;  (2) Plaintiffs shall have up to and including January 13, 2024 to file their response to Meta's Motion to Dismiss; and (3) Meta shall have up to and including January 30, 2025 to file its reply in support of the Motion.

This is the first stipulation by and between Plaintiffs and Meta to extend the time for (1) Meta to file a Motion to Dismiss to the FAC; (2) Plaintiffs to respond to the Motion; and (3) Meta to file its reply in support of the Motion.  It is not being entered into for purposes of any delay, but rather to provide the parties with additional time to prepare their briefing in light of the intervening holidays.

| | |
|---|---|
| **RONDA BALDWIN-KENNEDY** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| */s/ Ronda Baldwin-Kennedy*<br>Ronda Baldwin-Kennedy, an individual, Ronda Kennedy for Senate, a campaign committee, and Ronda Kennedy for Congress 2020, a campaign committee<br>3301 Spring Mountain Road, Unit 16<br>Las Vegas, Nevada 89102<br>Telephone: (805) 358-9737<br><br>*Pro Per Plaintiff* | */s/ Michelle L. Visser*<br>MICHELLE L. VISSER, (CA Bar No. 277509)<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone:  (415) 773-5518<br><br>*Attorney for Defendant Meta Platforms, Inc.* |

**ORDER**

**IT IS SO ORDERED except Plaintiffs shall have up to and including January 13, 2025 to file their response to Meta's Motion to Dismiss.**

UNITED STATES DISTRICT JUDGE

DATED:  12/2/2024

CASE NO.:  23-cv-06615

2
STIP. EXTENDING TIME FOR (1) META PLATFORMS, INC. TO FILE A MOTION TO DISMISS, (2) PLAINTIFFS TO RESPOND TO META PLATFORMS, INC.'S MOTION TO DISMISS, AND (3) META PLATFORMS, INC. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS; ORDER