UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA BALDWIN KENNEDY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06615-HSG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

Pro se Plaintiff Ronda Baldwin-Kennedy and two of her political campaign entities initially filed this case in the District of Nevada against Defendants Meta Platforms, Inc., Hoang Hai Mobile, and several unidentified "Doe" Defendants. *See* Dkt. No. 1. The Court granted Defendant Meta's motion to dismiss, but granted Plaintiff one opportunity to amend. Dkt. No. 32. Plaintiff amended the complaint, Dkt. No. 34, and Defendant Meta has again moved to dismiss, Dkt. No. 38. Plaintiff's opposition to the motion was due by January 13, 2025, but she never filed a response. The Court issued an order to show cause why the motion should not be granted and the case dismissed based on Plaintiff's failure to respond to the motion. Dkt. No. 39.

Plaintiff has explained that she suffered a medical emergency and was unable to meet her deadline. Dkt. No. 40. Based on these representations, the Court will **DISCHARGE** the Order to Show Cause. Dkt. No. 39. The Court also **RESETS** the briefing schedule on the motion to dismiss as follows:

- Plaintiff's opposition to the motion to dismiss is due by February 21, 2025;
- Defendant's reply is due by March 7, 2025.

Once the briefing is complete, the motion to dismiss will be deemed submitted and no hearing will be held, unless otherwise ordered by the Court. The Court cautions Plaintiff that in future she must ask for any extension of time before the deadline runs. The Court expects the parties to move this case forward expeditiously.

**IT IS SO ORDERED.**

Dated: 1/30/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge